Nancy J. Meserow, OSB# 820895
njm@meserolaw.com
Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, Oregon 97219
Ph. 503-560-6788
Fax 503-954-1517
Plaintiff's Attorney
njm@meserolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

BARBIE BILLOTTE

      Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

      Defendant.

Case No. 3:17-cv-00445-AA

ORDER FOR ATTORNEY FEES
UNDER 42 U.S.C § 406(B)

    Pursuant to U.S.C. § 406(b), reasonable attorney fees in the amount of $18, 204.00 are hereby awarded to Plaintiff's attorney, Nancy J. Meserow. Previously this Court awarded Plaintiff EAJA fees in the amount of $12,521.00 which were paid by the government; therefore:

    IT IS HEREBY ORDERED: Plaintiff's counsel, Nancy J. Meserow, is awarded attorney fees in the amount of $18, 204.00, less EAJA fees previously paid for a net fee payment of $5,683.00, out of Plaintiff's past-due benefits pursuant to 42 U.S.C. 406(b)(1)(A).

    IT IS SO ORDERED this _____25th_____ day of __April____, 2022.

                                  /s/Ann Aiken
                                  District Court Judge Ann Aiken